FILED
DEC 14 2004

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JAMES F. MUNDT aka <br> JAMES MUNDT, <br>         Plaintiff, <br>  -vs- <br> GUARANTY NATIONAL INSURANCE <br> COMPANY, a corporation, <br>         Defendant. | Civ. 04-1027 <br><br> NOTICE OF REMOVAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA, NORTHERN DIVISION:

Guaranty National Insurance Company (Guaranty), which has been named as the defendant in the above-captioned action, hereby files this Notice of Removal and removes this action from the Circuit Court of the State of South Dakota, County of Marshall, Fifth Judicial Circuit, pursuant to 28 USC § 1441 and §§ 1446(a) and (b), and the Local Rules of this Court, and states as follows:

1. Plaintiff served a Summons and Complaint on November 12, 2004, venued in the Circuit Court, Fifth Judicial Circuit, Marshall County, South Dakota, entitled James F. Mundt aka James Mundt, plaintiff, vs. Guaranty National Insurance Company, a corporation, defendant, Civ. 04-____.

2. Guaranty is the sole defendant.

3. All state court papers served on Guaranty at the time of removal, consisting of the Summons and Complaint, are attached.

4. The Complaint seeks recovery for underinsured motorists benefits. The actual amount of damages claimed is unknown; however, it is believed that such damages are claimed to be at least $75,000.00, exclusive of interest and costs.

5. On information and belief, the plaintiff is a citizen of the United States and the State of South Dakota.

6. Complete diversity exists as Guaranty is incorporated in the State of Colorado and has its principal place of business in Engelwood, Colorado.

7. This Court would have had original subject matter jurisdiction of this action under the provisions of 28 USC § 1332 if the action had originally been brought in federal court. Removal is, therefore, proper under 28 USC § 1441(a).

8. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of § 1441(b) of Title 28 of the United States Code because none of the parties in interest properly joined and served as a defendant is a citizen of the State of South Dakota, the state in which the action was brought.

9. This Notice of Removal is timely under § 1446(b) of Title 28 of the United States Code because the plaintiffs' initial pleadings in this action were served on November 12, 2004. This Notice of Removal is filed within thirty (30) days of receipt of the Summons and Complaint and within one (1) year of

the commencement of this action, so that it is timely filed under 28 USC § 1446(b).

10. Simultaneously with the filing of this Notice of Removal, a copy of this Notice has been mailed to the plaintiff's attorney, and a copy has been filed with the Clerk of the Circuit Court, Fifth Judicial Circuit, Marshall County, South Dakota.

WHEREFORE, defendant Guaranty hereby removes this action to this Court for further proceedings.

Dated at Aberdeen, South Dakota, this 13th day of December, 2004.

```
                         RICHARDSON, WYLY, WISE, SAUCK
                           & HIEB, LLP

                         By_____
                              Attorneys for Defendant
                         One Court Street
                         Post Office Box 1030
                         Aberdeen, SD  57402-1030
                         Telephone No. (605)225-6310
```

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for defendant, hereby certifies that on the 13th day of December, 2004, a true and correct copy of **NOTICE OF REMOVAL** was mailed by first-class mail to:

Mr. Danny R. Smeins          Ms. Kim Burger
Attorney at Law              **Marshall County Clerk of Courts**
Post Office Box A            Post Office Box 130
Britton, SD  57430-0318      Britton, SD  57430

_____

3