IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JAMES F. MUNDT aka JAMES MUNDT, | \* | Case No. 04-1027 |
| Plaintiff, | \* | |
| -vs- | \* | |
| | \* | **STIPULATION FOR DISMISSAL** |
| GUARANTY NATIONAL INSURANCE COMPANY, a corporation, | \* | |
| | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The above-entitled matter having been fully settled, compromised, and adjusted, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by the undersigned, their attorneys of record (who by their signatures hereto warrant and certify their authority to enter into this stipulation), that the above-entitled action and all causes of action set out or referred to in the pleadings may be dismissed upon the merits, with prejudice, without further notice to any party hereto and without taxation of costs.  Findings of Fact and Conclusions of Law are waived.

DANNY R. SMEINS, P.C.

Dated: 3-27-06

By_____
Attorney for Plaintiff
765 Vander Horck
Post Office Box A
Britton, SD  57430-0318
Telephone No. 605-448-5964

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

Dated: 4/4/06

By_____
Attorneys for Defendant
One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310