FILED
APR 0 5 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JAMES F. MUNDT aka JAMES MUNDT, | * * | Case No. 04-1027 |
| Plaintiff, | * | |
| -vs- | * * | **ORDER FOR DISMISSAL** |
| GUARANTY NATIONAL INSURANCE COMPANY, a corporation, | * * * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The Court having read and examined the Stipulation for Dismissal and being fully advised in the premises, it is hereby

ORDERED that the above-entitled action and all causes of action contained or referred to in the pleadings be, and they hereby are, dismissed upon their merits, with prejudice, without further notice and without taxation of costs to any party hereto.

Dated this **5th** day of April, 2006.

BY THE COURT:

_Charles B. Kornmann_
U.S. District Court Judge

ATTEST:

CHARLES L. NAIL, JR., CLERK

By _Barbara J. Paepke_
Deputy